In the Matter of the Claim of MARIE JENSEN, Respondent, against RAILWAY EXPRESS AGENCY, INC., Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 4, 1933; decided October 24, 1933.)

*Charles C. Evans* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.